E-FILED
Tuesday, 30 October, 2018 04:20:21 PM
Clerk, U.S. District Court, ILCD

My Name Donald Allen Winters

Address and S.S. # Redacted

Gilbert St I'm locked up at 2E south

18-2285

FILED
OCT 3 0 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Whom ever, will take on my lawsuit, I'm illitturate when it comes to the practices of law, But I know right from wrong. My name is Donald Allen Winters and this is a rough draft of my story.

My story starts off further back then were I'm going to start with this letter. On June 17th I was arrested on a violation of order protection, by vermillion county v-meg at Lynch Road truck stop. I was picked up that evening by Kristen F Lane we arrived and were only there 5min before she called v-meg to let them know she had me there at the gas station/truck stop. Me not knowing v-meg was there all along. Upon my arrest and taken to the jail and given my book-in papers is when I found out the reason behind my arrest op-violation me not being in trouble and me being off papers in Ill and any justice system, I knew it was bogus arrest because even though there was an op violation for my arrest case # should of been a violation of the same case # in which the op stood on, instead it had a whole new case #. As I began to try to explain and point out there mistakes in the arrest warrant which was an open arrest warrant with nothing attached to it meaning they can throw what ever they want on it and boom your gone. I'm one of the less forunate ones. Anyways I'm trying to point out they have the wrong person. My name on this open arrest warrant with nothing attached to it was incorret they had my birthday as 1-25-84 my social as 847-something, mine starts with 327 — they had an address I have never been associated whith as 31 maple wood Ave. As I was trying to explain these flaws and that I knew the charges was bogus and Kristen F

october 21st I was jumped in population after telling the gaurds I didn't feel safe I was jumped by 6 inmates they allowed it less know I'm labeled a snitch I have a broken nose Hand, and never taken to hospital to get document I'm refused medical several times still wont fix my nose

Upon my same realease ↑ Chicago
Contacted Louey & Louey in June
I was threatened to go on with the
Lawsuite would be my death sentence

Lane/Teegaurden set me up. The officers 3 in paticular Sgt Walworth, CO: Robinson, CO: By the name KayKay Forced me into a part of the jail known as the north 40 were there is know cameras in which they proceeded to attack me KayKay kept watch while Walworth grab my essauphages/throught/Cutting off my airway at the same time forcibly holding down the trigger of the Taser (I have witnesses also) over my left shoulder/heart at least 20 zaps I can remember before passing out I never opposed a threat to any Gaurd over the 15 years in and out of this Jail when I started reelizing & living with in the corruption going on, is when the threat began and my life became a game to them. Robinson took my feet out from underneath me grabbed my head while him and Walworth were over top me lifted it Hit on concrete and I went unconsious and dont remember anything after that except waking up in one of the cells in the north 40. Kristen F. Lane & several others that work for V-meg is being allowed to money launder, sex troffic, and work with the (cartel and V-meg) and there playing the cartel to do there dirty work. I swear on my kids I witnessed first hand cause I was arrested again on 10-10-2018 after Kristen Lane ← Meth Head Commander Yates/ & V-meg set me up and framed me in which it all lead back to this Jail - the money laundering, the sex trafficing, I can take you to the place in Terra Haute IN were I was set up and taken to be killed after figuring out V-meg is working with kristen to keep there hands from getting dirty I had a gun held to my head and this second arrest I was assaulted made a mockery of + much more still sitting in there isolation cell writing this. to tell but she Limited to one of pap