# Thoughts, Notes, and Quotes

My Claim is against those in first paragraph

My Name is Donald Allen Winters, I wrote to the Urbana Division, they sent my paperwork + case to the Rock Island Division, in which I believe that they accidentally mistook my story and may have twisted the claim I'm bringing on Vermillion County Jail, Courts, + Law enforcement officers.

— My Story — Summary

June 17th Vermillion County V-meg also known as Vermillion County Meth enforcement group. He's been violating my constitutional rights along with many others. I was arrested on June 17th on a falsified arrest warrant after being released 12 days later. I proved to the public defenders office by taking Lorena Pacheco up to their office and she signed there affadavit stating she was the one who violated the said order of protection. They along with V-meg are using informants to set people up then allowing the informants take the fall keeping their hands clean. V-meg using Kristen Lane a known informant to set me up on June 17th on the falsified arrest warrant. Upon being arrested I point out my birthday isn't 1984, I never been associated with the address of 31 Maple wood Ave, that its been falsified and when I pointed it out the Correctional Guards (Walworth, Robinson, and Young) physically beat me. Walworth grabbed me by the throat at the same time hitting me respectively with the taser, I couldn't breath Robinson pulled my legs out from underneath me while Mrs. Young kept watch out. I remember waking up in north 40 after he bounced my head off the concrete.

# THOUGHTS, NOTES, AND QUOTES

This happened in the part of the jail known to us as the north 40 were there is no cameras. Well there there now because of several complaints on these gaurds. The inmates booked in on that date heard them + seen them assault me. One of the wittnesses name is David Newcomb. ← Assault, falsifying arrest warants v-meg is working with the states attorneys, public defenders + courts to get there convictions. I was forced to plead guilty to get out and prove my own innocence in which I did. Now v-meg is trying to shut me up along with the courts. They used Commander yates along with Kristen lane again on October 10th to have me arrested for the charges I'm currently locked up on. Leading up to this set up (v-meg, the courts, law enforcement) used Kristen lane the informant I mentioned earlier to have me killed on two occasions once in Paris Ill. + once in Tella Haute IN with the gang I snitched on in 2011 were the very first falsified my arrest warrants thats when they first used me and allowed me to go down on the same charges I helped them get the truth out of. On October 10th I was again assaulted after commander yates falsified his arresting report using kristen lane to set me up again. Sex trafficing, money laundering is being allowed by these courts + county + I'm being physically, mentally and emotionally assulted trying to bring it to light. Project safe act operation broken crown is how there playing thing

# THOUGHTS, NOTES, AND QUOTES

I been out of the system and off papers for 4 years never failed a drug test I want my son. I also have a child custody case thats been going on for 3 years + my son is being neglected the right to be with his father (me) but there making it look as if I'm at fault when in reality its a prejudice justice system, thats out to ruin my life I worked so hard to get away from and was pulled back into and used again to get information. In other words shit shoved in it. Sorry the language but this justice system in Danville Ill is so corrupt it needs help so innocent people stop getting convicted the public defenders are also working with the states attorney + judges to keep their conviction rate up I have several witnesses and they are all willing to stand + fight back against the corruption + witness to my claims against Vermillion county, its courts, its uniformed officers. There is a few gaurds here that can witness also

Please bring my claims to the ~~federal~~ Federal government. I swear on my kids what I say is nothing but truth. I'm isolated in this jail now were they tried to have a public defender get me to except a plea and told me a trial because of your background your sure to lose. So I can plead guilty again for a falsified report please help me against ~~all~~ the assaults the falsifying reports and paper work ect. The Gaurds, the courts, states attorney

# THOUGHTS, NOTES, AND QUOTES

Before my life is really taken by me uncovering the corruption any further please Help me my mom has seen it first hand too.

They refused me medical October 21st when they allowed inmates to jump me on S block cell # 188 after they told inmates I was a snitch

This county is corrupt, prejudice, money laundering, sex trafficing these female informants and using gang against gang Cartel against cartel, vice versa

My life is on the line

Please help my constitutional rights has and continues to be violated & they open my legal mail so Im sending this out with a guard I trust. Thank you

(Please start claim against)

Sincerly Donald Winters

2:19-cv-02285-SLD, is the case # against the informant none has been started on the courts, law enforcement, attorneys, judges or jail staff

If Case # 2:18-CV-02285-SLD page 5 → page 6 →

Include my claims for each (Individuals stated) including vermillion County, vermillion County Jail, V-meg officers Jail Staff, the courts, public defenders, states Attorneys. Disregard If these all wrapped up into 1 claim I seen It said Lane et al even though she is guilty as an informant its the corrupted officers, courts, and Jail staff I'm pursuing

Page 6

I sent copys to Washington D.C. to keep on Records, in there courts told them no action is needed at this time just putting my paper trail out there cause this County made it hard to trust anyone screwing me over again, because what they keep getting away with like, my mail

Donald Winters
2. E South St.
Danville Il
61832

RECEIVED
NOV 20 2018
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

61201-802811

Legal Mail

Rock Island Division
211 19th St.
Room 203
Rock Island Il 61201